UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Manuel N.,<br><br>    Petitioner,<br><br>v.<br><br>Pamela Bondi, *Attorney General, United States Department of Justice*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,<br><br>    Respondents. | File No. 26-cv-1205 (ECT/EMB)<br><br>**ORDER** |

Petitioner Manuel N. is a citizen of Columbia who was detained by Immigration and Customs Enforcement ("ICE") in Bloomington, Minnesota, on January 10, 2026. Pet. [ECF No. 1] ¶¶ 30, 33. Manuel filed a Verified Petition for Writ of Habeas Corpus on February 7, 2026, seeking release, or in the alternative, a bond hearing. *See* Pet. At the time Manuel's Petition was filed, he was "detained by ICE in in the Torrence County Detention Center in Estancia, New Mexico." Pet. ¶ 3.

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by

whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7. This exception does not apply here. It is undisputed that Manuel was detained in New Mexico at the time he filed his Petition. *See* Pet. ¶ 3. Accordingly, the Court lacks jurisdiction over Manuel's Petition and will transfer it to the District of New Mexico.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Petitioner Manuel N.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **TRANSFERRED** to the United States District Court for the District of New Mexico.

Dated:  February 9, 2026                    s/ Eric C. Tostrud
                                                                   Eric C. Tostrud
                                                                   United States District Court